# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY SPILLINO,
             Appellant,
vs.
PERRY RUSSELL, WARDEN;
WSCC/NDOC, CWS 1 HENLET;
WSCC/NDOC, C/O HERNANDEZ; C/O
LENNON NDOC; AND MED. DIR.
JOHN DOE,
             Respondents.

No. 81587

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order regarding a motion for clarification. First Judicial District Court, Carson City; James E. Wilson, Judge.

No statute or court rule allows an appeal from an order regarding clarification. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-30160

cc: Hon. James E. Wilson, District Judge
Michael Anthony Spillino
Attorney General/Carson City
Carson City Clerk